JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TEDDY LEE HERSEL,<br><br>        Defendant. | NO. CR06-5041RBL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

//
//
//
//
//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

IT IS HEREBY ORDERED that the trial in this matter be continued to June 5, 2006, at 9:00 a.m., with a Pretrial Conference scheduled for May 31, , 2006, at 9:00 a.m.  Pretrial motions cutoff is May 1, 2006.

The period of delay resulting from this continuance of the trial date from March 27, 2006 to June 5, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 22nd day of March, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/
_____
Miriam F. Schwartz
Attorney for Defendant


/s/
_____
Gregory A. Gruber
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710